IN THE UNITED STATES BANKRUPTCY COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF <u>WEST VIRGINIA</u>

IN RE:  John nmn Turner, Jr.                                   Case No: 13-20427
        Melissa Sue Turner
        **DEBTORS**

## AMENDMENT TO SCHEDULES

      **COMES** the debtor(s) in person and makes application for leave to amend their schedules and states that through inadvertence and error he/she/they failed to list in the schedule the following:
**The items indicated by a check mark below are attached and have been amended.**

<u>X</u> **Schedule "B" is amended to list a lawsuit for flood and personal injuries against Alpha Natural Resources from 2009.**

<u>X</u> **Schedule "C" to exempt $15000 for debtor, under WV Code for any bodily injury (WVC § 38-10-4(k)(4), $15,000 for co-debtor under WV Code for any bodily injury (WVC § 38-10-4(k)(4), and to exempt $30,000 under WV Code for any personal property exemption (WVC § 38-10-4(e).**

<u>X</u> **Summary of Schedules to reflect changes made.**

<u>X</u> **Statistical Summary to reflect changes made.**

     I, John nmn Turner, Jr. and Melissa Sue Turner, the Debtor named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct and that the amendments of the items check marked above and attached to this document and incorporated herein by attachment have been read and are true and correct **under penalty of perjury**.
Executed on this 18th day of September 2013.

                                      **s/ <u>John nmn Turner, Jr.</u>**
                                          **Debtor**

                                      **s/<u>Melissa Sue Turner</u>**
                                          **Debtor**

In re  John nmn Turner, Jr. and Melissa Sue Turner,_____          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand | J | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account- BB&T | J | $-180.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HH goods & furnishings | J | $4,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | wearing apparel | J | $400.00 |
| 7. Furs and jewelry. | | Jewelry | J | $200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 guns | | $200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance policy through employer. Face amount $10,000. No cash value | W | $0.00 |
| | | Life Insurance policy through co-debtor's employer. Face amount- $10,000. No cash value | H | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re **John nmn Turner, Jr. and Melissa Sue Turner,**  Case No. _____
                              **Debtor**                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2012 tax return | J | $5,758.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Lawsuit for flood and personal injuries against Alpha Natural Resources from 2009 | H | $15,000.00 |
| | | Lawsuit for flood and personal injuries against Alpha Natural Resources from 2009 | W | $15,000.00 |
| | | Lawsuit for flood and personal injuries against Alpha Natural Resources from 2009 | J | $30,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/2007)

In re <u>John nmn Turner, Jr. and Melissa Sue Turner,</u>          Case No. _____
                              Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford F150 | H | $2,000.00 |
| | | 2011 Ford Focus | J | $10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>2</u> continuation sheets attached       Total ▶         $82,898.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re <u>John nmn Turner, Jr. and Melissa Sue Turner,</u>   Case No. _____
                                 Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 100x150 lot w/framed home located at Rutherford Branch Rd. | WVC § 38-10-4 | $11,852.00 | $30,000.00 |
| cash on hand | WVC § 38-10-4(e) | $20.00 | $20.00 |
| checking account- BB&T | WVC § 38-10-4(e) | $0.00 | $-180.00 |
| HH goods & furnishings | WVC § 38-10-4(c) | $4,500.00 | $4,500.00 |
| wearing apparel | WVC § 38-10-4(e) | $400.00 | $400.00 |
| Jewelry | WVC § 38-10-4(d) | $200.00 | $200.00 |
| 2 guns | WVC § 38-10-4(e) | $200.00 | $200.00 |
| Life insurance policy through employer. Face amount $10,000. No cash value | WVC § 38-10-4(h) | $0.00 | $0.00 |
| Life Insurance policy through co-debtor's employer. Face amount- $10,000. No cash value | WVC § 38-10-4(h) | $0.00 | $0.00 |
| 2012 tax return | WVC § 38-10-4(e) | $5,758.00 | $5,758.00 |
| 2000 Ford F150 | WVC § 38-10-4(b) | $2,000.00 | $2,000.00 |
| 2011 Ford Focus | WVC § 38-10-4(b) | $0.00 | $10,000.00 |
| Lawsuit for flood and personal injuries against Alpha Natural Resources from 2009 | WVC § 38-10-4(k)(4) | $15,000.00 | $15,000.00 |
| Lawsuit for flood and personal injuries against Alpha Natural Resources from 2009 | WVC § 38-10-4(k)(4) | $15,000.00 | $15,000.00 |
| Lawsuit for flood and personal injuries against Alpha Natural Resources from 2009 | WVC § 38-10-4(e) | $30,000.00 | $30,000.00 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF WEST VIRGINIA

In re **John nmn Turner, Jr. and Melissa Sue Turner**

_____, Case No. _____
Debtor

Chapter _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 30,000.00 | | |
| B - Personal Property | | | $ 82,898.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 32,748.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 21,540.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 55,310.00 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ 2,950.00 |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ 2,150.00 |
| TOTAL | | 0 | $ 112,898.00 | $ 109,598.00 | |

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF WEST VIRGINIA

In re **John nmn Turner, Jr. and Melissa Sue Turner**

_____,           Case No. _____
                Debtor
                                              Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 21,540.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 21,540.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,950.00 |
| Average Expenses (from Schedule J, Line 18) | $ 2,150.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,740.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 16,452.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 21,540.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 55,310.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 71,762.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:  John nmn Turner, Jr.                    Case No: 13-20427
Melissa Sue Turner
DEBTORS

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Amendment to Schedules to which this certificate is attached has been served upon the **United States Trustee** and **Case Trustee** by electronic filing on this 18th day of September 2013.

s/Robert H Carlton
**ATTORNEY FOR DEBTORS**